## Joseph Koscher, Appellee, v. Ralph M. Gately et al., Defendants. Ralph M. Gately et al., Appellants.

Gen. No. 41,233.

251

Heard in second division, first district, this court at June term, 1940; opinion filed July 1, 1941. Ekern & Meyers, for appellants; Donald L. Thompson and Vernon A. Forsberg, of counsel; no appearance for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''